UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                           Case Number 07-14498 JHW

Debtor: Rillito B. & Maria L. Custodio

| Check Number | Creditor | Amount |
|---|---|---|
| 1676567 | Bank of America, N.A. | 2146.77 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  December 14, 2009