**JENKINS & CLAYMAN**
Eric J Clayman
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

**United States Bankruptcy Court**
District of New Jersey

|  |  |
|---|---|
| In re  <u>Riolito and Maria Lynette Custodio</u>  ,<br>Debtors | Case No.  07-14498 JHW<br><br>Chapter  13 |

# NOTICE OF MOTION TO HAVE CLERK OF COURT RETURN UNCLAIMED FUNDS TO DEBTORS

    <u>Riolito and Maria Lynette Custodio</u>  have filed papers with the Court to Have Clerk of Court Return Unclaimed Funds to Debtors.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you wish to consult one).**

If you do not want the Court to reimpose the stay, or if you want the Court to consider your view on the Motion, then on or before  **March 22, 2010 ,** you or your attorney must:

File with the Court a written request for a hearing at:

    **U.S. Bankruptcy Court**
    **US Post Office & Courthouse Building**
    **PO Box 2067**
    **Camden, NJ  08101**

If you mail your request/response to the Court for filing, you mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

    Jenkins & Clayman
    Attorneys for the Debtor
    412 White Horse Pike
    Audubon, NJ 08106

    Isabel C. Balboa
    Standing Chapter 13 Trustee
    Cherry Tree Corporate Center
    535 Route 38, Suite 580
    Cherry Hill, NJ  08002

  Attend the hearing to be held on **March 22, 2010 at 10:00 a.m.** in the courtroom of Judge Judith H. Wizmur, United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey.

  If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.

Date: 2-11-10               /s/ Eric J Clayman
                       Eric J Clayman
                       Jenkins & Clayman
                       412 White Horse Pike
                       Audubon, NJ 08106