| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>Riolito and Maria Lynette Custodio<br>Debtors |

Case No.: 07-14498 JHW

Adv. No.:

Hearing Date: March 22, 2010 at 10:00 a.m.

Judge: Wizmur

# ORDER TO HAVE CLERK OF COURT RETURN UNCLAIMED FUNDS TO DEBTORS IN CARE OF DEBTORS' ATTORNEYS, JENKINS & CLAYMAN

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**(Page 2)**

Debtor: Riolito and Maria Lynette Custodio

Case No: 07-14498 JHW

Caption of Order: Order to have Clerk of Court Return Unclaimed Funds to Debtors

Upon consideration of Jenkins & Clayman's motion for an order returning unclaimed funds to debtors, and good cause appearing therefore, it is hereby:

**ORDERED** and **ADJUDGED** that:

1. Within ten (10) days of the date of this order, the Clerk of the U. S. Bankruptcy Court shall issue a refund in the amount of $2,468.91 to the debtors, Riolito and Maria Lynette Custodio, and these funds should be sent to the debtors in care of their attorneys, Jenkins & Clayman, 412 White Horse Pike, Audubon, NJ  08106.