**JENKINS & CLAYMAN**
Eric J Clayman
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Riolito and Maria Lynette Custodio | CHAPTER 13 CASE NO. 07-14498 JHW |
| Debtors | CERTIFICATION OF SERVICE OF PROOF OF MAILING |

I, Denise Diskin, Secretary to Eric J Clayman, attorney for the debtor, do hereby certify that

I did mail to all parties named in the attached Service List the following:

1. Notice of Motion

2. Certification in Support of Motion

3. Proposed Form of Order

I declare under penalty of perjury that the foregoing is true and correct.


DATE:   5-11-10                                /s/ Denise Diskin
                                               Denise Diskin, Secretary to
                                               Eric J Clayman, Esquire

**Amended Service List**

TRUSTEE

Isabel C. Balboa
Standing Chapter 13 Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

Ms. Roberta Seely
U. S. Bankruptcy Court
U. S. Courthouse
402 East State Street
Trenton, NJ 08608

Bank of America N.A.
475 CrossPoint Parkway / Post Office Box 9000
Getzville, New York 14068

US Attorneys Office
970 Broad Street
5th floor
Newark, NJ 07102


DEBTOR

Riolito and Maria Lynette Custodio
452 South Redwoods Avenue
Galloway, NJ 08205